**Order entered November 4, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01147-CR

### VAN LEE BREWER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-89-97479-U**

## ORDER

Before the Court is appellant's November 2, 2016 motion for extension of time to file pro se appellant brief in which he seeks a 60-day extension of time to file his brief. We **GRANT** the motion in part and **ORDER** appellant to file appellant's brief on or before December 27, 2016.

/s/     ADA BROWN
        JUSTICE